IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JARRIOD SCOTT | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Case No. 4:11CV728 |
| | § | |
| WEBER AIRCRAFT | § | |
| | § | |
| Defendant. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On October 29, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Weber Aircraft, LLC's Motion for Summary Judgment (Dkt. 52) be GRANTED in its entirety, that Plaintiff take nothing by his claims here, and that the matter be closed on the court's docket.

The court has made a *de novo* review of the objections raised by Plaintiff, as well as Defendant's response and Plaintiff's reply, and is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit as to the ultimate findings of the Magistrate Judge. The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

Therefore, Defendant Weber Aircraft, LLC's Motion for Summary Judgment (Dkt. 52) is GRANTED for Defendant in its entirety and Plaintiff shall take nothing by any of his claims here.

**IT IS SO ORDERED.**

**SIGNED this the 30th day of January, 2014.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE